IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                  CASE NO. 4:03CR00183 JMM

JIMMY DALE TURNER

### ORDER

For the reasons previously stated and based upon the Court of Appeals for the Eighth Circuit's decision to summarily affirm United States District Judge G. Thomas Eisele in the case of *United States v. Rowland*, Case No. 08-2506 (July 29, 2008), defendant's Motion for Reconsideration is denied (#80).

IT IS SO ORDERED THIS  8   day of   August  , 2008.

James M. Moody
United States District Judge